**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2136**

In re:  SCOTT WILSON,

             Petitioner.

Petition for Writ of Mandamus.
(1:09-cr-00036-RDB-1; 1:13-cv-00302-RDB)

Submitted:  March 7, 2019                                        Decided:  March 13, 2019

Before NIEMEYER, AGEE, and WYNN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Scott D. Wilson, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Scott D. Wilson petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his motion to alter or amend judgment in his underlying 28 U.S.C. § 2255 (2012) proceeding. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that, by opinion and order entered on February 28, 2019, the district court denied relief on Wilson's Fed. R. Civ. P. 59(e) motion. Accordingly, although we grant leave to proceed in forma pauperis, we deny the mandamus petition, as well as Wilson's motion to expedite, as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*